■ EDWARD ISLAS, Appellant, v C.D. PERRY & SONS, INC., Defendant and Third-Party Plaintiff-Respondent, et al., Defendant. RICHARD GOETTLE, INC., Third-Party Defendant-Respondent. [684 NYS2d 443] —Appeal from an order of the Supreme Court (Ceresia, Jr., J.), entered April 8, 1998 in Rensselaer County, which, *inter alia*, denied plaintiff's motion for partial summary judgment on the issue of liability under Labor Law § 240.

Order affirmed, upon the opinion of Justice George B. Ceresia, Jr.

Cardona, P. J., Mercure, Spain, Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.